UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
             :
PACSEC3, LLC,            :
             :
           Plaintiff,     :
             :           25-CV-678 (VSB)
     -against-        :
             :           **ORDER**
ALIBABA CLOUD US LLC, *et al.*,    :
             :
           Defendants.  :
             :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's motion to conduct venue discovery.  (Doc. 23.)  Plaintiff's request does not comply with Local Civil Rule 7.1, which requires *inter alia*, that a motion include a "memorandum of law, setting forth the cases and other authorities relied upon in support of the motion."  Accordingly, it is hereby:

      ORDERED that Plaintiff's request for discovery is DENIED without prejudice.  No later than August 1, 2025, Plaintiff is directed to make the request for discovery in a motion that complies with Local Civil Rule 7.1.  Defendants shall respond to the motion no later than fourteen (14) days after it is submitted, and Plaintiff shall file any reply no later than ten (10) days after any opposition submitted by Defendants.

      IT IS FURTHER ORDERED that the deadline for Plaintiff to respond to Defendants' motions to dismiss is adjourned *sine die*.  The parties shall meet and confer and propose a briefing schedule for Defendants' motions to dismiss after Magistrate Judge Barbara Moses, to whom this case has been assigned to handle all general pretrial matters, rules on Plaintiff's request for venue discovery.

SO ORDERED.

Dated:     July 16, 2025
              New York, New York

                                               VERNON S. BRODERICK
                                               United States District Judge